**Virginia BECKER, Appellant,**

v.

**Jack Douglas BECKER, Respondent.**

**No. 44966.**

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 7, 1982.

Howard Paperner, Clayton, for appellant.

James D. Edgar, St. Louis, for respondent.

### ORDER

PER CURIAM:

Mother appeals from the denial of her motion to modify the divorce decree by permitting her to remove the two minor children from the court's jurisdiction and from its order granting husband's motion to modify the decree by awarding him the

primary care, custody, and control of the children.

Judgment of the trial court is affirmed. Rule 84.16(b).